IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cv129

| | |
|---|---|
| ROSE S. POTEAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PSC AUTOMOTIVE GROUP, INC. ) | |
| d/b/a Honda Cars of Monroe, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on motion for summary judgment by the defendant. (Doc. No. 34.)

In a conference call with the parties on July 25, 2006, the Court invited the parties to provide additional briefing on the issue of the plaintiff's Title VII Pay Disparity Claim.

The parties agreed to the following schedule:

1. Defendant PSC Automotive's brief shall be filed on or before August 18, 2006.

2. Plaintiff Rose S. Poteat's response shall be filed on or before August 25, 2006.

3. Any reply by Defendant shall be filed on or before September 1, 2006.

Signed: July 27, 2006

**IT IS SO ORDERED.**

Robert J. Conrad, Jr.
Chief United States District Judge